# Exhibit B

Always Sunny Inside | Yuck Buc
https://www.facebook.com/groups/601391275390115/posts/628386336023942/
Update ··· Chat
Google Home Yahoo Mail CALENDAR QuickBooks Login MO Secretary of St... Bloomberg Law: H... Trademark Links Case Links Other favorites
facebook
Email or phone Password Log In Forgot Account?

Always Sunny Inside · Join
Ashley Parrish · Admin · January 8, 2024 ·

**Indoor playground yuck buckets for safety**

Titles are generated by AI from Meta

Yuck Buckets

We will have yuck buckets around our indoor playground! If a toy goes in your child's mouth please put it in a yuck bucket when your kiddo is done playing with it!

We have been in contact with public health and have a solution that pretty much instantly sanitizes!

We not only want to provide a FUN environment for your families but a SAFE AND HEALTHY one too at Always Sunny Inside




63°F Clear
Search
7:48 PM 10/26/2026

Skip to main content

Log In

toddler classroom yuck bucket

Sources: r/ECEProfessionals, r/knolling, r/Teachers +3 more

Toddler Classroom "Yuck Bucket" Stuff

## What Teachers Put In Yuck Buckets

- Mostly mouthed toys and food props. "toys that were mouthed and need sanitized"
- Also random items like puzzle pieces, markers, and balls. "My yuck bucket regularly features puzzle pieces, balls, markers, and a variety of other items"
- Sometimes teachers save items kids put in their mouths for meetings about behaviors. "everything he put in his mouth went into the bag"

## Why They Keep One

- To track what needs cleaning or quarantining. "toys that were mouthed and need sanitized"
- To show patterns or safety concerns (like pica) to admins. "dumped the full bag of items out on a table and asked the teachers and administrators if they thought they could deal with his constant behaviors"
- To reduce illness risk by removing high-mouth-contact items quickly. "toys that were mouthed and need sanitized"

## How Others Handle Yuck Items

- Sanitize or set aside for quarantine before returning to shelves. "toys that were mouthed and need sanitized"
- Rotate toys and limit quantities to reduce mouthing opportunities. "toy rotation... rotating toys out means everyone has something 'new' to explore"
- Label or use a dedicated bin so staff know what to clean. "everything he put in his mouth went into the bag"

## Quick Practical Tips

- Have a clear procedure for staff to follow. "everything he put in his mouth went into the bag"
- Keep a small quarantine bin near the sink with sanitizer supplies. "toys that were mouthed and need sanitized"
- Reduce tempting food-like toys or supervise them closely. "the allure of plastic food is too much for my infant/toddler class too"

## Communities for Further Discussion

- r/knolling
- r/toddlers
- r/ECEProfessionals

Teachers often keep a small "yuck" or quarantine bin for items kids mouth. Common practice is to collect, label, and sanitize those items, share patterns with staff if a child has persistent mouthing, and reduce tempting toy types or rotate supplies to lower risk.

## Related Products




Crayola Color Bath Dropz - 60 Count
$10.00




Crayola Foam Soap - Gallopin' Grape, 5 fl oz
$6.99

Generated from these posts:

Log In

year old classroom?
23 · 23

classroom "yuck bucket" (toys...

825 · 26

Filled a Bu
52 ·

Is this helpful?

Helpful Unhelpful

**Related**

**toddler classroom hygiene practices**

**creative activities for toddlers**

**best toys for toddlers**

Responses are AI-generated from posts and comments and may not be accurate.

Reddit Rules Privacy Policy User Agreement Your Privacy Choices Accessibility • Reddit, Inc. © 2026. All rights reserved.

Yuck Bucket! : r/calvinandhobbes

https://www.reddit.com/r/calvinandhobbes/comments/7n48tc/yuck_bucket/

Update ··· Chat

Google | Home | Yahoo Mail | 14 CALENDAR | QuickBooks Login | MO Secretary of St... | Bloomberg Law: H... | Trademark Links | Case Links | Other favorites

reddit

r/calvinandhobbes Search in r/calvinandhobbes

Sign Up Log In ···

Home
Popular
News
Explore

RESOURCES

About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

r/calvinandhobbes • 9y ago
u/gtnlost

# Yuck Bucket!




15 · 1

SearchlightPictures • Ad

This ain't a vacation. WILD HORSE NINE. Only in theaters November 6. Get tickets now.




People also ask about

- Yuck Bucket concept in Calvin and Hobbes
- Bucket filler recommendations for kids
- Best bucket filling books for children
- Ideas for filling a bucket
- Most memorable quotes from Calvin and Hobbes

## New to Reddit?

Create your account and connect with a world of communities.

Continue with Google

Continue with Email

63°F
Clear

Search

7:55 PM
10/26/2026

the contents of my toddler classro

https://www.reddit.com/r/knolling/comments/1lm6idg/the_contents_of_my_toddler_classroom_yuck_bucket/

Update ··· Chat

Google | Home | Yahoo Mail | CALENDAR | QuickBooks Login | MO Secretary of St... | Bloomberg Law: H... | Trademark Links | Case Links | Other favorites

reddit

r/knolling × Search in r/knolling

Sign Up | Log In

- Home
- Popular
- News
- Explore

RESOURCES

- About Reddit
- Advertise
- Developer Platform
- Reddit Pro BETA
- Help
- Blog
- Careers
- Press

r/knolling • 1y ago
[deleted]

# the contents of my toddler classroom "yuck bucket" (toys that were mouthed and need sanitized)




825 · 26

Roblox • Ad

Heroes aren't born. They're built here. Discover action games on

Slay challenging bosses

## People also ask about

- Contents of a toddler classroom yuck bucket
- Recommendations for bucket filler books
- Unique knolling setups for everyday items
- Creative themes for knolling arrangements
- Best lighting techniques for knolling photos

## New to Reddit?

Create your account and connect with a world of communities.

Continue with Google

Continue with Email

https://www.reddit.com/register/

62°F
Clear

Search

8:58 PM
10/26/2026


(2) Instagram
https://www.instagram.com/p/DPl0_AQDuKN/
Update
Chat
Google
Home
Yahoo Mail
CALENDAR
QuickBooks Login
MO Secretary of St...
Bloomberg Law: H...
Trademark Links
Case Links
Other favorites
Wild Child
YUCK BUCKET? YUP.
YUCK BUCKET
DIRTY TOYS GO HERE FOR CLEANING
SO THEY CAN GET Wild AGAIN
YUCK BUC
DIRTY TOYS GO HERE FOR C
SO THEY CAN GET Wild
wildchildplayco • Follow
Cherry Hill Township
wildchildplayco Tell me the owner is a mom without telling me the owner is a mom.
Every slimy block, sticky truck, and mystery-goo toy takes a trip to our Yuck Bucket so our play space is fresh, not funky for your kids
54w
Liked by live.love.speech and others
October 9, 2025
Add a comment...
Post
Me watching yall eat this
62°F
Clear
Search
9:06 PM
10/26/2026


(2) Instagram
https://www.instagram.com/reels/DdWNF4xj49h/
Update
Chat
Google
Home
Yahoo Mail
CALENDAR
QuickBooks Login
MO Secretary of St...
Bloomberg Law: H...
Trademark Links
Case Links
Other favorites
latteslittle • Follow
Look at these 2 cuties ❤️ this is a perfect example of why we have a "yuck bucket"!
Not sure what one is?
Little ones naturally explore the world using their mouths, which means toys can quickly become covered in dribble and germs. 🤭
Whenever a toy has been put in a child's mouth, chewed, sucked or dribbled on, it goes straight into our Yuck Bucket. This keeps it separate from the clean toys until it can be thoroughly cleaned and disinfected before being returned to play.
It's a simple but important part of our hygiene routine, helping to reduce the spread of germs and keeping our toys clean and safe for everyone to enjoy
Likes
2
Messages
2
62°F
Clear
Search
9:14 PM
10/26/2026


What Is A Yuck Bucket | TikTok
https://www.tiktok.com/@rhirhisoulsoul/video/7623063098420710678
Google
Home
Yahoo Mail
CALENDAR
QuickBooks Login
MO Secretary of St...
Bloomberg Law: H...
Trademark Links
Case Links
Other favorites
Update
Chat
Find related content
yuck bucke
if your little one has mouthed a toy, please
and we will give it an extra deep
RHI RHI
rhirhisoulsoul · 3-30
Follow
What do you think of the yuck bucket??? #playcafe #indoorplayground #broodplaycafe #parenting #cleaning
Paris - The Brazilians of Bossa Nova
430
10
13
https://www.tiktok.com/@rhirhisoulsoul/video/7623063...
Copy link
Comments (10)
Creator videos
Brogan Mitchell
Tell me you watch grandmas playroom without saying you watch grandmas playroom
3-30 Reply
13
RHI RHI · Creator
It's deffo something I've only seen US cafes do but it's literally the best idea
3-30 Reply
9
Log in to comment
62°F
Clear
Search
9:16 PM
10/26/2026


What Is A Yuck Bucket | TikTok
https://www.tiktok.com/@mamafox02/video/7538221029848517919
Google
Home
Yahoo Mail
CALENDAR
QuickBooks Login
MO Secretary of St...
Bloomberg Law: H...
Trademark Links
Case Links
Other favorites
Find related content
Reply to maddiandnova's comment
curious to know what is a yuck bucket?
YUCK BUCKET
Alyssa | chaos coordinator
mamafox02 · 2025-8-13
Follow
Replying to @maddiandnova our yuck bucket is just one of the ways we make sure we keeping everything clean!...
more
original sound - Alyssa | chaos coordinator
19
0
1
https://www.tiktok.com/@mamafox02/video/75382210...
Copy link
Comments (0)
Creator videos
Log in to comment
62°F
Clear
Search
9:17 PM
10/26/2026


What Is A Yuck Bucket | TikTok
https://www.tiktok.com/@grasshoppergrovemd/video/7437707567154973994
Google
Home
Yahoo Mail
CALENDAR
QuickBooks Login
MO Secretary of St...
Bloomberg Law: H...
Trademark Links
Case Links
Other favorites
What's a Yuck Bucket, and how do we use them to keep your kids SAFE & HEALTHY!
Grand Opening This Sunday, 11/17 Actually - 10-4 PM
Grasshopper Grove
grasshoppergrovemd · 2024-11-15
Follow
How do we keep your kids #healthy and #safe at #grasshoppergrove ... Well, it starts with a bucket full of yuck!... more
original sound - Grasshopper Grove
39
3
2
https://www.tiktok.com/@grasshoppergrovemd/video/...
Copy link
Comments (3)
Creator videos
Martin Farm
2024-11-22 Reply
2
Susan B
What an amazing place for kids and their caregivers! I love the play stations… it's an imaginative safe and wondrous learning environment for sure! Love the "Yuck Bucket" idea! @Melissa & Doug
Log in to comment
62°F
Clear
Search
9:19 PM
10/26/2026


What Is A Yuck Bucket | TikTok
https://www.tiktok.com/@kaysplaydays/video/7403464077504285983
Update
Chat
Google
Home
Yahoo Mail
CALENDAR
QuickBooks Login
MO Secretary of St...
Bloomberg Law: H...
Trademark Links
Case Links
Other favorites
Find related content
Reply to susanmarlenekatherine's comment
Do you have yuck buckets for parents to put mouthed items in?
a lot of indoor playgrounds have something called a yuck bucket
Kay's play days
Follow
kaysplaydays · 2024-8-15
Replying to @susanmarlenekatherine no yuck bucket, just lots of constant cleaning! #indoorplayground #playcafe #fyp
original sound - Kay's play days
3157
5
38
https://www.tiktok.com/@kaysplaydays/video/740346...
Copy link
Comments (5)
Creator videos
Emma Frances
I think that's better than a yuck bucket. I think the bucket makes it so other things aren't cleaned as much.
2024-8-17 Reply
26
Kay's play days · Creator
There's so much that doesn't get filmed, I'm sure there's a lot
2024-8-21 Reply
4
Log in to comment
62°F
Clear
Search
9:20 PM
10/26/2026


What Is A Yuck Bucket | TikTok
https://www.tiktok.com/@minimushrooms2/video/7550513465480203534
Google
Home
Yahoo Mail
CALENDAR
QuickBooks Login
MO Secretary of St...
Bloomberg Law: H...
Trademark Links
Case Links
Other favorites
Update
Chat
Find related content
Reply to brooke_KMTB07's comment
you didn't check the yuck bucket
Mini Mushrooms
minimushrooms2 · 2025-9-15
Follow
Replying to @brooke_KMTB07 I did check yuck buckets!! There wasn't any in there!! Checking yuck buckets didn't make the cut... more
original sound - Mini Mushrooms
2379
29
201
https://www.tiktok.com/@minimushrooms2/video/7550...
Copy link
Comments (29)
Creator videos
Avery
maybe someone brought them home?
2025-9-15 Reply
23
View 1 reply
mariaeortega
If any of the shelves, kitchens, or play items don't sit flat against the floor it could be underneath it and you won't
Log in
OneDrive - Personal
New notification
62°F
Clear
Search
9:21 PM
10/26/2026


What Is A Yuck Bucket | TikTok
https://www.tiktok.com/@homeschooldaycaremom/video/7667633897668185374
Google
Home
Yahoo Mail
CALENDAR
QuickBooks Login
MO Secretary of St...
Bloomberg Law: H...
Trademark Links
Case Links
Other favorites
Find related content
Do you have
a yuck bucket?
01/00:26
Ms. B | Daycare | Homeschool
homeschooldaycaremom · 7-28
Follow
Fellow childcare providers—I have a question! Do you use a "yuck bucket" in your program? If so, what do you keep in it, and how... more
Typing (long) - Official Sound Studio
17
2
2
https://www.tiktok.com/@homeschooldaycaremom/vid...
Copy link
Comments (2)
Creator videos
Amie | Rooted in ECE
Yes!! And they are great in infant or toddler rooms at center.
7-31 Reply
1
Ms. B | Daycare | Homeschool · Creator
100%
7-31 Reply
0
Hide
Log in to comment
62°F
Clear
Search
9:22 PM
10/26/2026


Sign up | TikTok
https://www.tiktok.com/@magnoliaplaycafe/video/7629154651681606942
Google
Home
Yahoo Mail
CALENDAR
QuickBooks Login
MO Secretary of St...
Bloomberg Law: H...
Trademark Links
Case Links
Other favorites
Find related content
YUCK BUCKET
The Magnolia Play Cafe
magnoliaplaycafe · 4-15
Follow
Welcome to the Yuck Bucket aka: toys that have been personally taste-tested by toddlers today #playcafeowner...
more
original sound - The Magnolia Play Cafe
20
1
2
https://www.tiktok.com/@magnoliaplaycafe/video/762...
Copy link
Comments (1)
Creator videos
CANDICE SAHM
My son loves to fill it
4-15 Reply
0
Log in to comment
Monday, October 26, 2026
Mon 9:23 PM (Local time)
62°F
Clear
Search
9:23 PM
10/26/2026