# Exhibit D

1:32

**System notifications**

All | Account updates | Transaction assistant | GO n

**Account updates**

### Strike removed

An IP strike on your account has been removed because your appeal was approved. Tap to view your account status and our IP Policy. 3d

View more

**Account updates**

### Appeal approved

Your appeal on 10-15 has been reviewed, and we've restored your content. 3d

View more

**Account updates**

### New IP strike added

You received a new trademark strike for violating our IP Policy. Multiple strikes may cause account suspension. Tap to view account status or learn more about o... 3d

View more

**Account updates**

### Strike removed

An IP strike on your account has been removed because your appeal was approved. Tap to view your account status and our IP Policy. 3d

View more

**Account updates**

1:33

# Account warning

TikTok respects the intellectual property rights of others, and we expect our users to do the same. Your account has multiple IP Policy violations and is at a high risk of being banned from TikTok. You may view and appeal past violations or learn more about our **IP Policy**

Copyright | **Trademark**

**Strike 1** Appeal

Claimed by:Carolyn M Hacker

Video violation | "Let's clean our yuck buckets! #yuckbucket #grandmasplayroom...

Posted on 2024/08/20 at 13:30



Education resources

**Recommended reading**

What is TikTok's Intellectual Property Policy >

What causes copyright violations and strikes >

What causes trademark violations and strikes >

1:32 42

# Appeal approved

We've reviewed, and restored your content. Thank you for your patience, and contributions to the TikTok community!

**Video details**

"Cleaning toys by hand relaxes me 😌 #grandmasplayroom #indoorplayground #yuckbucket #cleanwithme "



Posted on 2023/05/15 at 08:11

Read our **IP Policy**

1:32

# Appeal not approved

We’ve reviewed your appeal, and found that the content infringes on someone else’s trademark. Your strike will not be removed.You may have other ways to seek resolution, such as out-of-court dispute settlement processes or in-court proceedings.

## Video details

"Let’s clean our yuck buckets! #yuckbucket #grandmasplayroom #indoorplayground "

Posted on 2024/08/20 at 13:30



## Violation reason

Claimed by: Carolyn M Hacker

We have detected this trademark violation based on a claim that we received. Rightsholders can report trademark violations to us. TikTok takes trademark complaints very seriously and may take additional appropriate ac... **See more**

Read our **IP Policy**

1:32

# Account warning

TikTok respects the intellectual property rights of others, and we expect our users to do the same. Your account has multiple IP Policy violations and is at a high risk of being banned from TikTok. You may view and appeal past violations or learn more about our **IP Policy**

Copyright | **Trademark**

**Strike 1** Appeal

Claimed by:Carolyn M Hacker

Video violation | "Let's clean our yuck buckets! #yuckbucket #grandmasplayroom...

Posted on 2024/08/20 at 13:30



Education resources

**Recommended reading**

What is TikTok's Intellectual Property Policy >

What causes copyright violations and strikes >

What causes trademark violations and strikes >