# Exhibit E

facebook

Log In

Carolyn's Creative Classroom
June 28, 2025 ·

**Protecting Yuck Bucket trademark and copyright**

Titles are generated by AI from Meta

I own the name "Yuck Bucket" as in I have a trademark. I also filed for an additional copyright for it for BOTH digital files and hardgood. I have written a children's book that accompanies this along with stickers. I've spent so much money and time trying to protect my work.
I guess when I get home, I will be doing more take down notices.



| | |
|---|---|
| Registration Number | 6770397 |
| Mark Literal Elements | YUCK BUCKET |
| Mark Drawing Type | 4 - STANDARD CHARACTER MARK |
| Mark Type | TRADEMARK |
| Register | PRINCIPAL |
| Current Location | TMO LAW OFFICE 126-EXAMINING ATTORNEY ASSIGNED 2021-02-04 |
| Basis | 1(a) |
| Class Status | ACTIVE |
| Primary US Classes | 021: Electrical Apparatus, Machines and Supplies<br>023: Cutlery, Machinery, Tools and Parts Thereof |

facebook

Log In

Only people who follow this Page for more than 24 hours can comment.

Most relevant

**Tia Davenport**
I'm so sad and understand your frustration and wrinkled heart. I had a similar situation many years ago, before TPT. A friend found my work with another teacher's name on it! She claimed that she worked with me. Not true. I found ten teachers with my w...
**See more**

1y 1

**Kim Castro-Stevens**
Good luck and go get them. You work hard for someone else to claim your work.

1y 2

Author
**Carolyn's Creative Classroom**
Kim Castro-Stevens I was nice and sent them a message through TPT before sending the C and D TPT takedown. So far, 2 of the 3 have taken it down.

1y 2

**Tina Criste**
So sad people steal your work

1y

## Recent posts

**Carolyn's Creative Classroom**
1h ·

Carolyn's Creative Classroom voted