# Exhibit F

(13) Facebook

https://www.facebook.com/photo.php?fbid=419162741963582&set=pb.100069453019082.-2207520000&type=3

Google | Home | Yahoo Mail | CALENDAR | Case.net | Dashboard | Court... | QuickBooks Login | MO Secretary of St... | Bloomberg Law: H... | Franchise Links | Case E-Filing Links | Spann Law HQ - C... | Other favorites




**Grandma's Playroom**
May 8, 2019 ·

Parents, we didn't forget about you. Come on in and take a seat. Let the kids play. Enjoy the wifi. You can see almost every inch of Grandma's Playroom from the seating area, which means you get a few minutes of peace while the kids play. And while your children make friends in the playroom, you can hangout with your one true friend, the coffee maker. See you soon!

34 2

Most relevant

**Emilee Mudd Lakin** · 7y
Is there a play area appropriate for 15 mth olds?
Reply
View 1 reply

Comment as Kelly Spann

Search

8:35 AM
11/10/2026




Yellow Circle added to show the "yuck bucket" with the "yuck bucket" sign in the photo.