UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Sierra Zagarri LLC, dba Grandma's Playroom,

Plaintiff,

v.

Carolyn's Creative Classroom LLC,

Defendant,

Case No. 4:26-cv-1935

**ORIGINAL FILING FORM**

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

☐ THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, (SEE AORD-114) WAS PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER ______________ AND ASSIGNED TO THE HONORABLE JUDGE __________________________.

☐ THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY PREVIOUSLY FILED COMPLAINT. THE RELATED CASE NUMBER IS ___________________ AND THAT CASE WAS ASSIGNED TO THE HONORABLE ______________________. THIS CASE MAY, THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

☒ NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE MAY BE OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date: 11/10/2026

/s/Kelly M Spann
Signature of Filing Party