UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Sierra Zagarri LLC dba Grandma's Playroom
_____________________, )
Plaintiff (s), )
)
v. ) Case No. 4:26-cv-1935
)
Carolyn's Creative Classroom, LLC
_____________________, )
Defendant(s). )

# NOTICE OF INTENT TO USE PROCESS SERVER

Comes now Plaintiff and notifies the court of the intent to use
(Plaintiff or Defendant)

PDW Process Service
(name and address of process server)
6633 Highland Pines Circle
Fort Myers, FL 33966

To serve: Carolyn's Creative Classroom, LLC in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

11/10/2026
(date)

/s/Kelly M Spann
(attorney for Plaintiff)

_____________________
(attorney for Defendant)