UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SIERRA ZAGARRI LLC,<br>d/b/a GRANDMA'S PLAYROOM<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN'S CREATIVE<br>CLASSROOM, LLC<br><br>Defendant. | Case No. 4:2-cv-1935 |

**PLAINTIFF'S DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for Defendant hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,
   a. Whether it is publicly traded, and if it is, on which exchange(s): Not publicly traded.
   b. Its parent companies or corporations (if none, state "none"): None.
   c. Its subsidiaries not wholly owned by the subject (if none, state "none"): None.
   d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"): None.
2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations: N/A

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(A)(2) and (B)(2); see also Fed. R. Civ. P. 7.1(a)(2)(B) and (b)(2).

Respectfully submitted,

Dated: November 10, 2026

TM Law & Associates, LLC

By: /s/ Kelly M. Spann

Kelly M. Spann #73954
Attorney for Plaintiff
400 Chesterfield Center, Suite 400
Chesterfield, MO 63017
(314) 469-2610
kms@trademarkatty.com